# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | Case No. 10-CR-084--RAW |
| MARVIN LORNELL VEALY, | ) | |
| *Defendant*. | ) | |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff, United States of America, by and through United States Attorney Mark F. Green and Assistant United States Attorney Christopher J. Wilson, and dismisses the Indictment returned on December 8, 2010, as to the defendant MARVIN LORNELL VEALY, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

    MARK F. GREEN
    United States Attorney

    s/ Christopher J. Wilson
    CHRISTOPHER J. WILSON, OBA# 13801
    Assistant United States Attorney
    1200 West Okmulgee
    Muskogee, OK 74401
    Telephone: (918) 684-5100
    FAX: (918) 684-5150

LEAVE GRANTED FOR FILING:

**Dated this 7th day of August, 2012.**

*/s/ Ronald A. White*
Ronald A. White
United States District Judge
Eastern District of Oklahoma